NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIC LEVAN MARTIN, DOC #K59836,    )
                                   )
        Appellant,                 )
                                   )
v.                                 )        Case No.  2D17-4205
                                   )
STATE OF FLORIDA,                  )
                                   )
        Appellee.                  )
_____)

Opinion filed June 19, 2019.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Eric Levan Martin, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Chelsea S. Alpher,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

        Affirmed.


LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.